DEFENDANT'S EXHIBIT E

Honorable Linda Parker
U.S. District Court Judge
600 Church Street
Flint, MI 48502

Dear Judge Parker,

I am writing this letter to you in the midst of my request for compassionate release filed. I wanted to take the time to use this correspondence as a vehicle to introduce myself, let you and the court know a little about me in the past, and also what I have done to improve myself and rehabilitate since this sentence was imposed and I have been incarcerated.

While on the face of the case and the information that you obtain from my PSIR and other supporting documentation, it may look like I am a habitual offender never learning my lesson. This absolutely was the case in the past, and I didn't learn my lesson from my first federal conviction in 1999, where I was sentenced to 70 months for marijuana; along with my other previous criminal history. I can tell you however that this career offender case, in which I received 12½ years, was the sentence that absolutely cognizantly made me abandon the old Jeremy Dean — the irrational, impulsive, greedy, arrogant, and entitled person that thought he knew it all best and was above the long arm of the law. When I heard those words "career offender" and the humbling 12½ year sentence that was imposed by the court, it shook me to the core. After serving approximately ___ years of this sentence, I can honestly tell you that I am now a humble, rational,

1

open-minded, grateful, and immensely contrite 48 year old man that has abandoned and retired that old life and lifestyle that placed me on a ferris wheel of trouble and incarceration. I used to justify my criminal activity by telling myself + others that "it is only weed", or "it doesn't hurt anyone", or even at times thinking "weed is legal now in Michigan, so I may not have even gotten in trouble now". The fact is that those are excuses and my previous life was a haphazard fraud. I hurt others, myself, and my family - my own flesh and blood; and put money and that criminal lifestyle in front of so many people and things that were so much more important. What is sad is that it took so many years and an arduous prison sentence to realize this sobering fact. I have also finally learned that my actions not only affect me but many others both in a direct + indirect manner and thinking otherwise is absolutely selfish thinking. I now stop the impulsive thought processes and rationally analyze actions and decisions, along with their impact, before executing them - a massive fault in my past.

Since I have been incarcerated, I have witnessed my mother and father aging without me being a part of their lives, and now it is sad + humbling that I have missed so much of their lives as a result of my selfish actions. Additionally, in the age of this coronavirus and covid-19, them being 68 years old (my mother Linda) and 70 years old (my father Don) is frightening because of age being a large contributing vulnerability to both contraction and complications involving covid-19. It bothers me because I should be there for them right now when they need me, just like they always were for me; plus I worry that if they were

(2)

TO CONTRACT COVID-19, THAT I WOULD POTENTIALLY LOSE ONE OR BOTH OF THEM WHILE I AM STILL IN PRISON - AGAIN ANOTHER SOBERING THOUGHT. ADDITIONALLY, AS YOU WILL SEE BY THE EVIDENCE OF MY MEDICAL RECORDS, THAT I AM MEDICALLY VULNERABLE PURSUANT TO CDC-RECOGNIZED CONDITIONS TO CONTRACTING AND HAVING SEVERE COMPLICATIONS WITH COVID-19 WITH MY SLEEP-APNEA AND OTHER RESPIRATORY COMPLICATIONS. I WAS RECOGNIZED AND LISTED BY BOP MEDICAL SERVICES AS "MEDICALLY VULNERABLE" TO COVID-19 AND WAS SUPPOSED TO BE OFFERED RELIEF PURSUANT TO ACLU LITIGATION, WHICH HAS SINCE BEEN STRUCK DOWN. BEING MEDICALLY VULNERABLE AND LIVING IN A SETTING SUCH AS FCI-ELKTON, OR ANY PENAL FACILITY FOR THAT MATTER, IS FRIGHTENING BECAUSE I HAVE WITNESSED IT SPREAD, INFECT, AND HARM/KILL FELLOW INMATES IN THE FACILITY. THERE IS NO ABILITY TO SOCIALLY DISTANCE, PURCHASE QUALITY PPE, DEPLOY SELF-PROTECTION TECHNIQUES, OR PREVENT INFECTION IN A FACILITY LIKE THIS - ESPECIALLY FCI-ELKTON, A COVID-19 "HOT SPOT" IN THE BOP SYSTEM. TO FACE THIS DAILY RISK AND HAVE MERE MONTHS LEFT ON MY SENTENCE SEEMS SENSELESS AND DANGEROUS.

AS STATED PRIOR, I HAVE TENACIOUSLY WORKED TOWARDS MY REHABILITATION AND EFFECTUATING CHANGE IN MY LIFE SINCE I HAVE BEEN INCARCERATED THIS TIME. I HAVE PARTICIPATED IN VOCATIONAL TRAINING, NAMELY THE ELECTRICAL APPRENTICESHIP AT FCI-LEXINGTON; I HAVE COMPLETED NUMEROUS ACE CLASSES (ADULT CONTINUING EDUCATION); AND PARTICIPATED IN COPIOUS DRUG REHABILITATION/TREATMENT PROGRAMS IN ORDER TO ADDRESS MY ADDICTION ISSUES: 1) THE BOP NON-RESIDENTIAL DRUG PROGRAM (100 HOUR), THE DRUG EDUCATION PROGRAM OFFERED BY THE BOP (40 HOUR), PARTICIPATING REGULARLY IN AA/NA, AND AM CURRENTLY PARTICIPATING IN THE BOP RDAP PROGRAM AT

(3)

FCI-Elkton. Unfortunately, due to COVID-19, the RDAP program has been suspended since April 1, 2020 and continues to be into the foreseeable future as the disarray of infections and the operations at Elkton continues; with COVID-19 infections still occurring in 30% or greater of staff + inmate populations. I have also maintained consistent employment in prison, not getting fired from any position and also satisfying all of my financial obligations. With this suspension of RDAP, my progress has been halted after completing over 50% of the program and it is prejudicing me daily by moving my date of release further and further. This is to no fault of my own, especially after the effort + commitment invested by me to this point, and it does not seem fair. As stated prior, with the COVID-19 unknowns, rampant infections, and with the months that I have left; I am humbly asking you Judge Parker, to recognize this prejudice and grant me relief that only the court can.

Judge Parker, in addition to what I have stated, this time has taken a part of me, has been the absolute catalyst for change, and has been the guidance to my commitment of being a law-abiding, productive, humble member of society and my community. I never again will allow this life that I am living right now be a part of my reality; I refuse to let my family, my loved ones, myself, and this court down again; I am unwilling to miss pivotal moments in my family's lives or in my own life; and no longer will I accept decades, entire phases of my life to be wasted in prison where I am told how and when to do even the basic functions of life. It is time to "man up" and be the son my parents are proud of, be that brother to my

(4)

siblings, be that dependable family member and neighbor, and grow up to provide for my golden years that I will undoubtedly spend in freedom. I humbly and respectfully ask that you completely and comprehensively review and weigh my request for compassionate release; realizing my legitimate health issues in light of COVID-19 and that all that I have to say in this letter is honest and heartfelt. I ask that you allow me to finally put this hellish chapter of my life behind me and to demonstrate to you, the court, probation, my family, and my community that I have changed and intend to maintain life in the "straight and narrow". I will never allow my past to repeat itself nor will my loving support system including my mother, father, 2 brothers, and sister, along with all of the others that love + care for me. I thank you immensely, kindly, and humbly in advance for your valuable time and consideration of this important matter.

Humbly and Sincerely,

Jeremy W. Dean

(5)

From: Linda Robinson



Dear Judge Parker,

I am writing to Your Honor in regards to my son Jeremy Dean, who is seeking compassionate release due to the pandemic. Our family has been very worried about him being in Elkton with all that is going on right now.

When released, Jeremy will have the support of his family. His two brothers, Don and Chris, will help him get a job and he will be living with Don and his wife Kandi. Our family will make sure he has transportation to any programs required and to work.

I've see a big change in Jeremy. He has been down a long time and is very motivated and determined to turn his life around.
No way will he go back to criminal behavior. He completed one program already while incarcerated and was half way through RDAP residential program when the pandemic hit.

My hope is for Your Honor to grant his release. If Your Honor's decision is to not grant compassionate release I would like to request Your Honor to send a letter of recommendation to the prison requesting they release him.

I thank you in advance for your consideration.

Respectfully submitted,

Linda Robinson

## David Koelzer

| | |
|---|---|
| **From:** | Don Dean <mastadon2006@yahoo.com> |
| **Sent:** | Thursday, July 9, 2020 10:52 AM |
| **To:** | David Koelzer |
| **Cc:** | Don Dean |
| **Subject:** | Letter for Jeremy Dean |

Judge Parker,

I am writing this letter on behalf Jeremy William Dean. I have noticed a considerable change in his attitude regarding his life choices, for the better, and how they affected his family. Because of this I am providing him a place to stay with us until he is able to get established and capable to get his own place once he is released. We will be here to support him in his transition back to society.
Thank you for your time and consideration.

Donavan Dean

Sent from Yahoo Mail on Android

1

**David Koelzer**

| | |
|---|---|
| **From:** | Christopher Dean <c.dean1012@gmail.com> |
| **Sent:** | Monday, July 13, 2020 5:17 PM |
| **To:** | David Koelzer |
| **Subject:** | Jeremy Dean |

Dear Judge Parker,

    I am writing this letter to you today in regards to brother Jeremy Dean and his release. I truly do believe that he is a good person and has the potential to do great things with his life. Being that I am a supervisor and my place of employment I will be able to help Jeremy get a job in a field he already has quite a bit of experience in, electrical. My family and I really do hope that you can find it in your heart to grant him a compassionate release or at least recommend that the prison grant him a early release. Thank you very much for your time and consideration.

Sincerely,
Christopher Dean

1

**David Koelzer**

| | |
|---|---|
| From: | Linda Robinson <robinslk13@gmail.com> |
| Sent: | Monday, July 20, 2020 11:18 AM |
| To: | David Koelzer |
| Subject: | Jeremy Dean |

July 11, 2020

Dear Judge Parker,

I am writing in regards to Jeremy Dean who is motioning the court for compassionate release.

I am his stepfather and have been married to his mother for 33 years. I believe he has changed since being incarcerated and he is ready to do what he has to do to make it when he gets out to stay out of trouble. It was his poor luck that the residential program he was half way through, was cancelled because of the virus. He was doing well in the program and on track to complete it and be released this fall.

If Your Honor does not grant compassionate release I respectfully request Your Honor send a letter of recommendation to the prison for them to release our son.

Thank you in advance for your consideration in this matter.

Russell Robinson


1

# David Koelzer

**From:** Kids Lives Matter <kassie2586@gmail.com>
**Sent:** Sunday, July 19, 2020 8:47 PM
**To:** David Koelzer
**Subject:** In regards to Jeremy Dean

Hi David,
    My name is Larry Anger. I am writing on behalf of my good friend, Jeremy Dean.

Jeremy Dean and I have been great friends for over 20 years. We would play pool together and we would travel in tournaments. Our friendship has honestly been one of the greatest friendships I have had. He has always been there for me, and I would do the same.

Jeremy has had quite the journey while he has been in prison and I have tried to be there for the most part via phone. Everytime I talk to him, he is always talking about everything positive he is doing while he has been in there. He's been very uplifting about all of his goals when he gets out. I have also told Jeremy when he gets out, I have a job and a place for him to reside in.

I have my own business called "Anger Family Construction". I will have a job for Jeremy when he gets out of prison. I own a beautiful home in Flushing, Mi and its and 3 bedroom 31/2 bath and I have a partially finished basement and I have room for him to reside in my home. I have a girlfriend of 10 years who also knows Jeremy and 3 beautiful children together. We are wanting to help Jeremy with his goal of trying to do better in life and I personally feel he is ready. I really appreciate your time and trouble and if there is anything i can do to help, please do not hesitate to reach out to me .

    Thanks again,
    Larry Anger
    (810)223-5666

1

July 14, 2020

Dear Judge Parker,

I am writing you today in reference to Jeremy Dean, who is motioneing the court for compassionate release due to the Covid Pandemic.

I have know Jeremy since he was a young child because his mother, Linda and I have been best friends and co-workers for over 30 years.

I have visited Jeremy on occasion with his mother during his incarceration and have seen a more responsible man developing.

I like Jeremy alot, he is a caring and lovable person. I have noticed his motivation and determination devolp and the desire to make his mother proud.

Thank You for your consideration in this matter.

Respectfully,

Donna Crist

[address redacted]